# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 08-071 | MAGIS. NO: |
| v.<br>GREGORY LAVON GROVER<br>*SEALED* | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Gregory Lavon Grover | **FILED**<br>MAY 0 5 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:        PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:841(a)(1) and 841(b)(1)(B)(iii)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>3/20/08 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>3/20/08 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  5 May 08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  5 May 08 | Dusan Robert C Byer | |
| HIDTA CASE:   Yes    No  X | | OCDETF CASE:   Yes    No  X |

1465694