UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Crim No. 08-071 (EGS) |
| GREGORY GROVER ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Defendant, Gregory Grover, through undersigned counsel, respectfully moves this Court to continue the presently scheduled status hearing for forty-five (45) days to allow the Defendant to be transported from Youngstown, Ohio, back to this jurisdiction. As grounds for this motion, counsel states:

1. The next status hearing in this case is presently set for June 25, 2008.

2. As the Court will recall, at the last status hearing the parties informed the Court that they were in the process of resolving this case pursuant to a plea agreement. Although he is being held without bond in this case, the Defendant was recently transferred from the D.C. Jail to Youngstown, Ohio. The Defendant, therefore, will not be present on the 25th.

Counsel for the Government is in the process of having the Defendant returned to this jurisdiction, and expects to have the Defendant returned to the D.C. Jail in approximately 40 days. Counsel therefore requests that the status hearing in this case be continued until the week of August 18, 2008.

3. The Government, per Assistant United States Attorney Emory V. Cole, does not

oppose this request.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext. 118

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA Emory V. Cole this 23rd day of June, 2008.

David W. Bos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| Plaintiff, ) | |
| v. ) | **Crim No. 08-071 (EGS)** |
| ) | |
| **GREGORY CROVER** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's motion to continue the presently scheduled status hearing, it is this _____ day of June, 2008,

**ORDERED** that the status hearing scheduled for June 23, 2008, be rescheduled to _____, 2008 at _____ .m.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Emory V. Cole
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff, | ) | |
| v. | ) | Crim No. 08-071 (EGS) |
| | ) | |
| **GREGORY CROVER** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of defendant's motion to continue the presently scheduled status hearing,

it is this _____ day of June, 2008,

**ORDERED** that the status hearing scheduled for June 23, 2008, be rescheduled to

_____, 2008   at _____ .m.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Emory V. Cole
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001